| AO-10 (WP) Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br>Bates, John D. | 2. Court or Organization<br>U.S. District Court for the District of Columbia | 3. Date of Report<br>March 11, 2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Article III (active) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ____ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>1/1/2010 to 12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer _____ Date_____ |
|---|---|

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

[✓] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

[✓] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

[✓] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. 2010 | [____] Washington, DC | |
| 2. | | |

Bates, John D.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| John D. Bates | M rch 11, 2011 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ **NONE** (No such reportable reimbursemen s.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | The Center for the Consti ution | 6/15/2011- 6/16/2011 | Montpelier S ation, VA | Non-FJC Educational Seminar | Meals, lodging, and vehicle expen e (mileage) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☑ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☑ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 Wachovia / Wells Fargo Account | A | Interest | J | T | | | | | |
| 2 | | | | | | | | | |
| 3 MorganStanley SmithBarney - IRA - C | | | | | | | | | |
| 4 -- Conoco Phillips - Common | A | Dividend | K | T | buy | 8/2 | K | | |
| 5 -- Auto Data Proc - Common | B | Dividend | K | T | | | | | |
| 6 -- Amer Cap Str (Ltd) - Common | | | J | T | | | | | |
| 7 -- Adobe Sys - Common | | None | J | T | | | | | |
| 8 -- Apple Inc. - Common | | None | K | T | | | | | |
| 9 -- Bank of Amer - Common | A | Dividend | J | T | | | | | |
| 10 -- Baxter Int'l - Common | A | Dividend | | | sell | 9/8 | K | D | |
| 11 -- BT Group PLC | A | Dividend | J | T | | | | | |
| 12 -- CISCO Sys. Common | | | K | T | | | | | |
| 13 -- Chevron Corp. Common | A | Dividend | K | T | | | | | |
| 14 -- CINN Financial Corp. Common | B | Dividend | K | T | | | | | |
| 15 -- Illinois Tool Works Common | A | Dividend | K | T | buy | 8/2 | J | | |
| 16 -- Dow Chem Common | A | Dividend | K | T | | | | | |
| 17 -- Dreyfus Money Market | C | Dividend | M | T | buy/sell | var. | K | A | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period<br><br>(1)<br>Amt.<br>Code1<br>(A-H) | <br><br><br>(2)<br>Type<br>(e.g.,<br>div,<br>rent or<br>int.) | C.<br>Gross value<br>at end of<br>reporting period<br>(1)<br>Value<br>Code2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | <br>If not exempt from disclosure<br><br>(2)<br>Date<br>Month-<br>Day | <br><br><br>(3)<br>Value<br>Code2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 – Enterprise Prod - Common | B | Dividend | K | T | | | | | |
| 19 -- FISERV Inc. | | None | J | T | | | | | |
| 20 – HP Common | A | Dividend | K | T | | | | | |
| 21 -- Home Depot Common | A | Dividend | K | T | | | | | |
| 22 – HCC Ins. Hldgs - Common | A | Dividend | J | T | | | | | |
| 23 -- Int'l Game Tech. - Common | A | Dividend | J | T | | | | | |
| 24 -JP Morgan Chase & Co. Common | A | Dividend | K | T | | | | | |
| 25 – Johnson & Johnson - Common | A | Dividend | K | T | buy | 8/2 | J | | |
| 26 -- L3 Commu - Common | A | Dividend | J | T | | | | | |
| 27 -- Marriott Int'l - Common | A | Dividend | K | T | | | | | |
| 28 – McDonald's - Common | A | Dividend | K | T | | | | | |
| 29 – MetLife - Common | A | Dividend | J | T | | | | | |
| 30 -- Morgan Stanley - Common | A | Dividend | J | T | | | | | |
| 31 -- Vodaphone Group Common | | None | K | T | buy | 8/2 | K | | |
| 32 – Omnicon - Common | A | Dividend | J | T | | | | | |
| 33 – Pfizer - Common | A | Dividend | K | T | | | | | |
| 34 -- Pepsico - Common | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 -- Principal Fin'l - Common | A | Dividend | J | T | | | | | |
| 36 -- Procter & Gamble - Common | B | Dividend | K | T | | | | | |
| 37 -- Sempra Energy - Common | A | Dividend | J | T | | | | | |
| 38 -- Staples - Common | A | Dividend | J | T | | | | | |
| 39 -- TJX Co. - Common | A | Dividend | | | sell | 12/1 | J | D | |
| 40 -- Frontier Commu. Common | | | | | spinoff | 7/2 | J | | |
| 40 -- Frontier Commu. Common | | | | | sell | 7/21 | J | | |
| 41 -- United Health - Common | A | Dividend | J | T | | | | | |
| 42 -- Verizon Common | B | Dividend | K | T | | | | | |
| -- Am. Elec. Pwr. - Preferred | B | Interest | K | T | buy | 2/18 | K | | |
| -- Dominion Res. - Preferred | B | Interest | K | T | buy | 2/18 | K | | |
| -- Prudential Fin'l - Preferred | B | Interest | K | T | buy | 2/18 | K | | |
| -- XCEL Energy - Preferred | B | Interest | K | T | buy | 2/18 | K | | |
| 43 MorganStanley SmithBarney - Joint | | | | | | | | | |
| 44 -- AXA Equitable Life Annuity | | None | K | T | | | | | |
| 45 -- AES Corp. Common | | None | J | T | | | | | |

| | | |
|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=More than $50,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book value   V=Other   W=Estimated |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 46 — | | | | | | | | | |
| 47 -- Amer. Tower Corp. - Class A | | None | J | T | | | | | |
| 48 -- Barclays Bank Pref. | B | Div dend | K | T | | | | | |
| 49 -- Citibank Money Fund | A | Interest | K | T | buy/sell | var. | K | | |
| 50 -- Davita Inc. | | None | J | T | | | | | |
| 52 -- Electronics for Imaging | | None | J | T | | | | | |
| 53 --Energy Transfer Ptns LP | A | D vidend | J | T | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 -- Fiserv Inc. Common | | None | K | T | sell | 8/30 | J | | |
| 57 -- Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 58 -- Halliburton Co. Hldgs. | A | Dividend | J | T | | | | | |
| 59 -- Howard Cty. MD Bond | B | Interest | L | T | | | | | |
| 60 -- Intuit Inc. | | None | J | T | | | | | |
| 61 -- MD Dept HSG&Comm. Dev Bond | A | Interest | K | T | | | | | |
| 62 -- NY Comm. Bancorp. | A | Dividend | J | T | | | | | |

Continued on attached pages -- Section VII, pages 5 - 7

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 64. -- PG Cty. MD Bond | B | Interest | L | T | | | | | |
| 65. --Powershares Ex-Traded Fund Dynamic Biotech & Genome | | None | J | T | | | | | |
| 66. -- Schwab Chs. Corp. | A | Dividend | J | T | | | | | |
| 67. -- Time Warner | A | Dividend | K | T | | | | | |
| 68. -- Unum Group | A | Dividend | J | T | | | | | |
| 69. -- United Health Common | A | Dividend | K | T | | | | | |
| 70. -- Univ. System MD Bond | A | Interest | K | T | | | | | |
| 71. -- Western Union Common | A | Dividend | J | T | | | | | |
| 72. -- Wash. Sub. San. Dt. MD Bond | B | Interest | L | T | | | | | |
| 73. -- Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 74. -- Vodaphone Group PLC | | None | | | sold | 10/21 | J | B | |
| 75. -- Europacific Growth Fund | | None | | | buy | 1/25 | K | | |
| | | | | | sell | 10/21 | K | B | |
| | | | | | | | | | |
| **MorganStanleySmith Barney - IRA - J** | | | | | | | | | |
| 76. -- AT&T Inc. Common | B | Dividend | K | T | | | | | |
| 77. -- Cameron Int'l Common | | None | J | T | | | | | |

1   Income/Gain Codes:  A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
    (See Col. B1, D4)   F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2   Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
    (See Col. C1, D3)   N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
            P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3   Value Method Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
    (See Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page _6_ INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 78. -- Centerpoint Energy Common | A | Dividend | J | T | | | | | |
| 79. -- Colgate Palmolive Common | B | Dividend | K | T | | | | | |
| 80. -- Conagra Fooods Common | A | Dividend | J | T | | | | | |
| 81. -- Dreyfus Money Market | A | Dividend | K | T | buy/sell | var. | J | | |
| 82. -- Forest Oil Corp. Com on | | None | | | sell | 1/21 | J | | |
| 83. | | | | | | | | | |
| 84. -- HCC Ins. Hldgs. Common | A | Dividend | J | T | | | | | |
| 85. -- Hain Celestrial Group Common | | None | J | T | | | | | |
| 86. -- IShares TR-DJ Tranps. Index Fund | A | Dividend | J | T | | | | | |
| 87. -- IShares TR Global Ind Index Fund | A | Dividend | J | T | | | | | |
| 88.-- IShares Dow Jones US Health Care Providers Index Fund | A | Dividend | J | T | | | | | |
| 89. -- IBM Common | A | Dividend | K | T | | | | | |
| 90. -- JC Penney Common | A | Dividend | J | T | | | | | |
| 91. -- Medtronic Common | A | Dividend | K | T | | | | | |
| 92. -- Pactiv Corp. Com on | | None | | | merger | 11/17 | J | B | |
| 93.-- Powershares Dynamic Semiconductors | A | Dividend | J | T | | | | | |
| 94.-- Powershares Dynamic Media Portfolio | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | Dividend | J | T | | | | | |
| 96.--S&P NoAm Tech Software Index Fund | | None | J | T | | | | | |
| 97.--SPDR Index SHS FDS DJ Wilshire Int'l Real Estate | A | Dividend | J | T | | | | | |
| 98.--SPDR TR S&P Retail ETF | A | Dividend | | | sell | J | B | | |
| 99.--SPDR SER TR KBW CAP MKTS ETF | A | Dividend | J | T | | | | | |
| 100.-SPDR SER TR KBW BK ETF | A | Dividend | J | T | | | | | |
| 101.--SPDR SER TR KBW INS ETF | A | Dividend | J | T | | | | | |
| 102.--United Tech Common | B | Dividend | K | T | | | | | |
| 103.--Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 104.--Vanguard Health Care ETF | A | Dividend | J | T | | | | | |
| 105.--Vanguard Info Tech ETF | A | Dividend | J | T | | | | | |
| 106.--Vanguard Int'l Equity (European) ETF | A | Dividend | J | T | | | | | |
| 107.--Wisconsin Energy Holding Common | | | | | | | | | |
| 108.--TIAA CREF Ret. Acct. - C | | None | K | T | buy | var. | J | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2 Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

---

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544